**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Wilfredo MELENDEZ, Petitioner**

**No. 338 EAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**John DOE 1, John Doe 2, John Doe**
**3 and Jane Doe 1, Respondents**

v.

**FRANKLIN COUNTY, Franklin County**
**Sheriff's Office, Franklin County**
**Sheriff Dane Anthony and Employee**
**John/Jane Does, Petitioners**

**No. 431 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **GRANTED. LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue rephrased for clarity, is:

(1) Whether the General Assembly intended to abrogate high public official immunity when it enacted 18 Pa. C.S. § 6111(i)?